THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM AMATO and JOSEPH DE PASQUALE, Appellants.

Argued June 2, 1953; decided July 14, 1953.

*Paul R. Shanahan* for appellants.

*Jesse E. Cantor, District Attorney* (*Frank Del Vecchio* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.